Application denied. Relators have an adequate remedy in the event of their conviction.

269 So.2d 469

**Junius L. HARRIS, Jr.**

v.

**FISK ELECTRIC COMPANY et al.**

**SOUTHEASTERN INSURANCE CO.**

v.

**FISK ELECTRIC CO. et al.**

**No. 53005.**

Dec. 11, 1972.

Writ refused. There is no error of law under the facts found by the Court of Appeal.

269 So.2d 469

**STATE of Louisiana ex rel. Bobby HARRIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 53003.**

Dec. 11, 1972.

Not considered. The application does not comply with the rules of court. Applicant does not attach the motion to appoint counsel in lower court or the evidence taken at hearing.

McCALEB, C. J., is of the opinion that the application should be denied.

BARHAM AND DIXON, JJ., are of the opinion the writ should be granted. Applicant was not afforded counsel at

an evidentiary hearing had below. That jurisdiction did not forward a transcript of the hearing to this Court. Relator asks us to mandamus that transcript and he is entitled to the transcript. We should order the transcript forwarded. The majority force this relator who is without counsel to comply with rules of this Court which attorneys have difficulty understanding. If trial court had appointed counsel for the relator at the hearing we could now properly dispose of this writ; if we had the transcript we also could dispose of the writ.